IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARCELLUS JONES, :
:
      Plaintiff :
:
  v. : CIVIL NO. 4:CV-16-2548
:
JOHN WETZEL, ET AL., : (Judge Brann)
:
      Defendants :

## **ORDER**

February 13, 2017

**NOW, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to withdraw (Doc. 8) is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1).

2. Plaintiff's request for voluntary dismissal is accepted and his pending action is **DISMISSED WITHOUT PREJUDICE**.

3. The Plaintiff's in forma pauperis application (Doc. 6) is **DEEMED WITHDRAWN.**

4. Plaintiff's motion for an extension of time (Doc. 5) is **DISMISSED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

  s/   Matthew W. Brann
Matthew W. Brann
United States District Judge